# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE **DIVISION**
#### **Case Number** 3:17-CV-00116-FDW-DSC

| | | |
|---|---|---|
| Randy Triplett | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **Vs.** | ) | **ENTRY OF DEFAULT** |
| | ) | |
| Dreamscape Development Group, Inc | ) | |
| Darrel A Fritz | | |
| **Defendant** | ) | |

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk

pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the

Plaintiffs for entry of default against Dreamscape Development Group, Inc and Darrel A Fritz.

IT APPEARING TO THE COURT that the named Dreamscape Development Group, Inc

and Darrel A Fritz  is in default for failing to plead or otherwise defend this action as required by

law.

NOW THEREFORE, default is hereby entered against Defendant Dreamscape

Development Group, Inc and Darrel A Fritz.


Signed: August 11, 2017

*Frank G. John*

Frank G. Johns, Clerk
United States District Court