# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-116-FDW-DSC

| | |
|---|---|
| **Randy Triplett** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   **DEFAULT JUDGMENT** |
| | ) |
| **Darrel A. Fritz, individually,** | ) |
| **and Dreamscape Development** | ) |
| **Group, Inc.** | ) |
| | ) |
|     **Defendants.** | ) |
| _____ | ) |

The defendants, Darrel A. Fritz and Dreamscape Development Group, Inc, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that defendant is indebted to plaintiff in the principal sum of one million US Dollars ($1,000,000) plus interest accruing from May 20, 2015, at the rate of three percent (3%) per annum thereon; that defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiff, Randy Triplett, recover of the defendants, Darrel A Fritz and Dreamscape Development Group,

Inc., the sum of $1,063,698.63, plus costs and interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

Signed: September 22, 2017

Frank G. Johns, Clerk
United States District Court